AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

Julia Noni

*Plaintiff(s)*

v.

BARBAE MIAMI, LLC d/b/a GLOW UP BY VANESSA; VANESSA DIAZ DE ARCE, individually; and DOES 1-10, inclusive,

*Defendant(s)*

Civil Action No. 1:24-cv-23049

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanessa Diaz de Arce
2100 Coral Way, PH 706
Miami FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 12, 2024



Angela E. Noble
Clerk of Court

SUMMONS

s/ M. Quezada
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Julia Noni <br><br> *Plaintiff(s)* <br> v. <br><br> BARBAE MIAMI, LLC d/b/a GLOW UP BY VANESSA; VANESSA DIAZ DE ARCE, individually; and DOES 1-10, inclusive, <br><br> *Defendant(s)* | Civil Action No. 1:24-cv-23049 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* BARBAE MIAMI, LLC d/b/a GLOW UP BY VANESSA
Attn: Vanessa Diaz de Arce
2100 Coral Way, PH 706
Miami FL 33145

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013
rsparrow@higbee.law

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Aug 12, 2024



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ M.Quezada*
Deputy Clerk
U.S. District Courts